So Ordered.

Signed this 12 day of March, 2018.

_____

Diane Davis
United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**NORTHERN DISTRICT OF NEW YORK** | **HEARING DATE:   3/1/2018**<br>**LOCATION:  BINGHAMTON**<br>**TIME:        9:30 AM** |

_____

**IN RE:    WILLIAM R. WOODFORD            CHAPTER 13**
**JEAN L. WOODFORD**
**(Last four ssn:   6303, 9597)**

             **Debtor,           Case No.    17-61265**

_____

**ORDER ON OBJECTION TO CLAIM NO. 2-1 OF UNITED CONSUMER FINANCIAL SERVICES**

The debtors, by and through their attorney Maxsen D. Champion, Esq. filed an objection to the claim of 2-1, filed in debtor's case in the amount of $633.62, filed on or about October 27, 2017, pursuant to 11 U.S.C. Section 502(b)(1) on or about January 18, 2018 (ECF docket No.19) which was served upon UNITED CONSUMER FINANCIAL SERVICES on January 18, 2018 and January 19, 2018 (ECF Docket No. 20, 24) all via certified mail and this matter having be noticed for this Court's March 1, 2018 calendar and there being no opposition thereto. Accordingly, it is hereby

**ORDERED AND ADJUDGED**, that the claim filed by UNITED CONSUMER FINANCIAL SERVICES (claim no. 2-1) is hereby reclassified as unsecured and shall be entitled to an unsecured dividend through the debtors' Order of Confirmation.

###