So Ordered.

Signed this 12 day of March, 2018.

                Diane Davis
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | HEARING DATE:  3/1/2018<br>LOCATION:  BINGHAMTON<br>TIME:          9:30 AM |

IN RE:   **WILLIAM R. WOODFORD**           **CHAPTER 13**
         **JEAN L. WOODFORD**
         **(Last four ssn:  6303, 9597)**

                              **Debtor,**           Case No.    17-61265

**ORDER ON OBJECTION TO CLAIM NO. 10-1 OF WELLS FARGO FINANCIAL NATIONAL BANK**

The debtors, by and through their attorney Maxsen D. Champion, Esq. filed an objection to the claim of 10-1, filed in debtor's case in the amount of $4,039.81, filed on or about December 4, 2017, pursuant to 11 U.S.C. Section 502(b)(1) on or about January 18, 2018 (ECF docket No.21) which was served upon WELLS FARGO FINANCIAL NATIONAL BANK on January 18,2018  all via certified mail and this matter having be noticed for this Court's March 1, 2018 calendar and there being no opposition thereto.  Accordingly, it is hereby

**ORDERED AND ADJUDGED**, that the claim filed by WELLS FARGO FINANCIAL NATIONAL BANK (claim no. 10-1) is hereby reclassified as unsecured and shall be entitled to an unsecured dividend through the debtors' Order of Confirmation.

###